**[8odrmrs]** [ORDER DIRECTING RESPONSE TO MFR]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:  Case No. 9:10−bk−14007−ALP
Chapter 7

Yvon Gedeon
aka Yuon Gedeon
aka Yzon Gedeon
17126 Calhoun Lane
Port Charlotte, FL 33948

Berthy Gedeon
17126 Calhoun Lane
Port Charlotte, FL 33948

_____Debtor*_____/

ORDER DIRECTING RESPONSE TO
MOTION FOR RELIEF FROM STAY

   THIS CASE came on without a hearing to consider the entry of an appropriate order with respect to the Motion For Relief From Stay ("Motion") (Doc. No. 17 ) filed by Carrington Mortgage Services, LLC ("Movant") on June 29, 2010 . The Motion commenced a contested matter, and, therefore, pursuant to Fed. R. Bankr. P. 9014, it is appropriate to enter an order directing the Debtor and the Chapter 7 Trustee ("Respondents") to file a response to the Motion with the Clerk of the Court at the United States Bankruptcy Court, 801 N. Florida Avenue, Suite 555, Tampa Florida 33602. (Pursuant to Fed. R. Bankr. P. 9006(f), the Respondent(s) may add three (3) days to the twenty−one (21) day response period in calculating the response due date because this Order is served by mail or by electronic means.) Accordingly, it is

   **ORDERED:**

   1. The Respondent(s), if they oppose entry of an order granting the relief requested by the Motion, shall file a written response to the Motion within twenty−one (21) days from the date of entry of this Order.

   2. If the Respondent(s) fail to timely file a written response to the Motion, the Court will consider the Motion ex parte and enter an appropriate order, upon its submission by the Movant, without further notice.

   3. If not already submitted at the time the Motion was filed, within twenty−one (21) days from the date of entry of this Order, the Movant shall submit a proposed order.

   4. Failure to timely submit a proposed order will result in the Motion being denied, even if a response, as required in paragraph 1, is not filed.

5. The automatic stay of Section 362(a) of the Bankruptcy Code is continued in effect until further order of this Court.

**DONE** and **ORDERED** in Chambers at Tampa, Florida on July 12, 2010 .

_____
Alexander L. Paskay
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.